JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONALD PHILLIPS,<br><br>　　　　Petitioner,<br><br>　　　v.<br><br>COUNTY OF LOS ANGELES et al.,<br><br>　　　　Respondents. | Case No. CV 19-8734-FMO (JPR)<br><br>**J U D G M E N T** |

　　　Pursuant to the Order Denying Request for Extension of Time and Administratively Closing Case,

　　　IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: November 1, 2019　　　　　　　　/s/
　　　　　　　　　　　　　　　　　FERNANDO M. OLGUIN
　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE